## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Healthgrades Operating Company, Inc., | ) ) ) | Civil Action No. 16-cv-401-slc |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| John Doe aka Erick Hallick, | ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING LEAVE TO SERVE SUMMONS AND COMPLAINT VIA PUBLICATION

WHEREAS, on September 16, 2016, Plaintiff Healthgrades Operating Company, Inc. ("Healthgrades"), by and through its attorneys of record, Merchant & Gould P.C., submitted a motion for leave to serve its summons and complaint upon defendant John Doe aka Erick Hallick ("Defendant") via publication. (Dkt. 8)

WHEREAS, Healthgrades has provided sufficient evidence documenting its diligence in attempting personal service upon Defendant such that the requirements for service by publication under Wis. Stat. § 801.11(1)(c) have been met.

WHEREAS, Healthgrades has provided sufficient evidence that Defendant's actual post-office address cannot be ascertained with reasonable diligence such that the requirements to omit service via mailing under Wis. Stat. § 801.11(1)(c) have been met.

Based on the foregoing, Healthgrades' Motion for Leave to Serve Summons and Complaint Via Publication is GRANTED, and it is hereby ORDERED that Healthgrades may serve its summons and complaint upon Defendant via publication and omit mailing. It is further ORDERED that Healthgrades may serve Defendant via email for all pleadings after service of

the complaint and summons via publication, provided that the Defendant does not make an

appearance.


Entered this 11ᵀᴴ day of OCTOBER, 2016

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge