IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| HEALTHGRADES OPERATING COMPANY, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. 16-cv-401-wmc |
| v. | |
| JOHN DOE a/k/a ERICK HALLICK, | |
| Defendant. | |

---

### DEFAULT JUDGMENT

---

The defendant, John Doe a/k/a Erick Hallick, having failed to appear, plead or otherwise defend in this action, and default having been entered on December 8, 2016, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff Healthgrades Operating Company, Inc. against defendant John Doe a/k/a Erick Hallick as follows: (1) plaintiff is the rightful owner of the domain name cpm.com; and (2) defendant and defendant's agent shall transfer ownership of the domain name cpm.com to plaintiff.

Approved as to form this _11th_ day of January, 2017.

_____
William M. Conley
District Judge

_____, Deputy Clerk for        Date _1/11/2017_
Peter Oppeneer
Clerk of Court